IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02627-MSK-KLM

BOBBY LEE ADAMS,

    Plaintiff,

v.

DENVER HEALTH & HOSPITAL AUTHORITY, a/k/a Denver Health, of the city and county of Denver,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order [#22]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#22-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  April 13, 2015