IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02627-MSK-KLM

BOBBY LEE ADAMS,

    Plaintiff,

v.

DENVER HEALTH & HOSPITAL AUTHORITY, also known as Denver Health, of the City and County of Denver,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order on Defendant's Motion for Summary Judgment by Chief Judge Marcia S. Krieger (**Doc. #32**) filed on March 30, 2016 it is

ORDERED that Judgment is entered in favor of Defendant on all of Plaintiff's claims.

The case will be closed.

Dated this 30th day March, 2016.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK


                s/Patricia Glover
                  Deputy Clerk